

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2024

No. 04-24-00676-CR

**EX PARTE** Jose Rolando **AYALA URIBE**

From the County Court, Kinney County, Texas
Trial Court No. 13294CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

    In accordance with this court's opinion of this date, we **DISMISS** Jose Rolando Ayala Uribe's appeal.

    It is so **ORDERED** on December 18, 2024.

_____
Lori I. Valenzuela, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk

